In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent.

SECOND RUSSIAN INSURANCE COMPANY, Appellant.

*Insurance — corporations — order directing liquidation of business in this State of foreign insurance corporation.*

*Matter of People (Second Russian Ins. Co.),* 215 App. Div. 796, affirmed.

(Argued May 3, 1926; decided May 25, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1926, which unanimously affirmed an order of Special Term directing liquidation of the business of the Second Russian Insurance Company, a foreign corporation, pursuant to the provisions of section 63 of the Insurance Law. It was alleged that the Second Russian Insurance Company is insolvent; that it is in such a condition that its further transaction of business will be hazardous to its policyholders, creditors, and the public; that its property has been sequestrated; that it has willfully violated its charter and laws of the State; that it has been placed in the hands of a receiver; and that its United States branch is in a hazardous condition.

*Samuel Seabury, Wendell P. Barker, William H. Harding* and *Daniel A. Dorsey* for appellant.

*Albert Ottinger, Attorney-General (Clarence C. Fowler* and *John C. H. Flynn* of counsel), for respondent.

*David Rumsey* and *Louis J. Wolff* for Fred S. James & Co., *amicus curiæ.*

Order affirmed, with costs, under the provisions of subdivision 1-e of section 63 of the Insurance Law; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.